UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Jacqueline Hayes,

Case No. 12-cv-577 PJS/FLN

Plaintiff,

v.                                                    ORDER

Federal Bureau of Prisons et al,

Defendants.

_____

Based upon the Findings of Fact, Conclusions of Law, and Recommendation by United States Magistrate Judge Franklin L. Noel dated February 5, 2015, all the files and records, and no objections having been filed to said Report and Recommendation,

**IT IS HEREBY ORDERED** that Defendants' motion for summary judgment (ECF No. 67) is **GRANTED** and all remaining claims against Defendants Abbott and Diaz are **DISMISSED WITH PREJUDICE**.

LET JUDGMENT BE ENTERED ACCORDINGLY.

DATED: 02/25/15                          s/Patrick J. Schiltz
                                         PATRICK J. SCHILTZ
                                         United States District Court Judge